UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ngan T. Nguyen

Plaintiff,

vs.

ADC Telecommunications, Inc.,
A Minnesota corporation,

Defendant.

---

Case No. 00-1536 PAM/JGL

**STIPULATION FOR DISMISSAL**

The parties to the above entitled matter, through their respective counsel, hereby stipulate and agree that this matter be DISMISSED WITH PREJUDICE, and without further cost to the parties herein. The parties further request the Court to enter judgment pursuant to this stipulation.

Dated: 9/28/00

Van Holston, #159244
5200 West 73rd Street
Edina, MN 55439
(612) 897-6504
ATTORNEY FOR PLAINTIFF

Dated: 10/4/00

Laurie A. Willard, #213810
12501 Whitewater Drive
Law Department – MS 42
Minnetonka, MN 55343
(952) 946-3032
ATTORNEY FOR
ADC TELECOMMUNICATIONS, INC.



FILED OCT 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD OCT 10 2000
DEPUTY CLERK

**ORDER**

Pursuant to the stipulation of the parties hereto, this matter is dismissed with prejudice and without further costs to the parties herein. LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 9, 2000

**PAUL A. MAGNUSON**, Chief Judge
United States District Court